# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Pathfinder Systems, Inc. ) | ASBCA No. 58851 |
| ) | |
| Under Contract Nos. N00421-04-D-0041 ) | |
| N61339-05-C-0047 ) | |
| N61339-05-C-0052 ) | |
| N61339-06-C-0109 ) | |

APPEARANCE FOR THE APPELLANT:  Daniel A. Perkowski, Esq.
  Law Office of Daniel A. Perkowski
  Chantilly, VA

APPEARANCES FOR THE GOVERNMENT:  E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Francis P. Minogue, Esq.
  Associate Counsel
  Defense Contract Management Agency
  Denver, CO

Carol L. Matsunaga, Esq.
  Senior Trial Attorney
  Defense Contract Management Agency
  Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled.

The appeal is dismissed with prejudice.

Dated: 29 January 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58851, Appeal of Pathfinder Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals